1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KEVIN LEE FRANCOIS, | ) Case No. SACV 12-988-AG (PJW) |
|---|---|
| Plaintiff, | ) ORDER ACCEPTING FINAL REPORT RE: |
| | ) DEFENDANTS' MOTION TO DISMISS |
| v. | ) PLAINTIFF'S FIRST AMENDED |
| | ) COMPLAINT AND ADOPTING FINDINGS, |
| TROY ZEEMAN, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| et al., | ) OF UNITED STATES MAGISTRATE JUDGE |
| | ) |
| Defendants. | ) |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss Plaintiff's First Amended Complaint, the records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss Plaintiff's excessive force claims against Defendants Gamble and Zeeman is denied and Defendants' motion to dismiss the remaining claims is granted without prejudice to renew should Plaintiff's criminal conviction in Arizona be called into question.

IT IS SO ORDERED

DATED: March 26, 2017

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Francois Order accepting r&r on mtd.wpd