UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE FRANCOIS,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER TROY ZEEMAN, et al.,<br><br>    Defendants. | No: SACV 12-988-GW-PJWx<br><br>Hon. George H. Wu<br><br>**JUDGMENT ON JURY VERDICT** |

JUDGMENT ON JURY VERDICT

1

This action came on regularly for jury trial on June 1, 2022 in Courtroom 9D of the United States District Court for the Central District of California. Plaintiff Kevin Lee Francois was self represented. Defendants Troy Zeeman and Marie Gamble were represented by Allen Christiansen, Esq. of Ferguson, Praet & Sherman, APC.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of plaintiff and counsel the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned a verdict on June 3, 2022 as follows:

### QUESTION #1

Did Plaintiff prove, by a preponderance of the evidence, that Troy Zeeman used unreasonable force against Kevin Lee Francois?

YES _____   NO __X__

If you answered NO as to Question 1, skip to Question 4, do not answer Questions 2 or 3.

### QUESTION #4

Did Plaintiff prove, by a preponderance of the evidence, that Marie Gamble used unreasonable force against Kevin Lee Francois?

YES _____   NO __X__

///

JUDGMENT ON JURY VERDICT

2

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment on all claims is entered in favor of Defendants Troy Zeeman and Marie Gamble and against Plaintiff Kevin Lee Francois;
2. Plaintiff Kevin Lee Francois shall take nothing by his Complaint;
3. Defendants shall recover costs of suit in favor of Defendants Troy Zeeman and Marie Gamble and against Plaintiff Kevin Lee Francois.

Dated: June 7, 2022

_____
Hon. George H. Wu
United States District Judge

JUDGMENT ON JURY VERDICT
3